UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CRAIG JOSEPH AUCOIN #505495,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-00221<br>SEC P |
| VERSUS | JUDGE DRELL |
| CATAHOULA CORRECTIONAL<br>CENTER ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 27), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 22ⁿᵈ day of February 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT